BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP                    BDFTE#  00000000980029
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35391-BJH-7 |
| | § | |
| BRENT WINSTON ETHUN, SR and | § | |
| STEFANIE MAE ETHUN, | § | |
| Debtor | § | CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg.  The undersigned firm will not accept service of process in any adversary case for INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ MARY A. DAFFIN                     10/31/2008
MARY A. DAFFIN
TX NO. 05309200
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP


BY: /s/ MARY A. DAFFIN            10/31/2008
    MARY A. DAFFIN
    TX NO. 05309200
    1900 ST. JAMES PLACE SUITE 500
    HOUSTON, TX 77056
    Telephone: (713) 621-8673
    Facsimile: (713) 621-8583
    E-mail: NDECF@BBWCDF.COM
    ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
STEFANIE MAE ETHUN
17267 132ND TRAIL NORTH
JUPITER, FL  33478

BRENT WINSTON ETHUN, SR
17267 132ND TRAIL NORTH
JUPITER, FL  33478

STEFANIE MAE ETHUN
18959 DALLAS PARKWAY NO. 1611
DALLAS, TX  75287

BRENT WINSTON ETHUN, SR
18959 DALLAS PARKWAY NO. 1611
DALLAS, TX  75287

**DEBTOR'S ATTORNEY:**
THEODORE OHMSTEADE BARTHOLOW, JR.
11300 N. CENTRAL EXPWY,
STE. 301
DALLAS, TX  75243

**TRUSTEE:**
ROBERT YAQUINTO, JR.
509 N. MONTCLAIR
DALLAS, TX  75208