Certificate Number: 01356-TXN-DE-005335295

Bankruptcy Case Number: 08-35391

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 5, 2008, at 5:19 o'clock PM EST,

Brent W Ethun, Sr completed a course on personal financial management given by internet by

Hummingbird Credit Counseling and Education, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: November 5, 2008      By  /s/Elana Walker for Victoria Wright

Name  Victoria Wright

Title  Executive Director of Education