Certificate Number: 01356-TXN-DE-005387754

Bankruptcy Case Number: 08-35391

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 11, 2008, at 10:55 o'clock AM EST, Stefanie Ethun completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: November 12, 2008    By    /s/Sarah L Boyle for Victoria Wright

Name    Victoria Wright

Title    Executive Director of Education