UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35391-bjh7 |
| | § | |
| BRENT WINSTON ETHUN, SR AND | § | CHAPTER 7 |
| STEFANIE MAE ETHUN, | § | |
| | § | |
| Debtor(s). | § | |
| | § | |
| GMAC MORTGAGE, LLC, AS | § | |
| SERVICING AGENT FOR | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | |
| SOLELY AS NOMINEE FOR | § | |
| COMUNITY LENDING | § | |
| INCORPORATED, its successors and/or | § | |
| assigns, | § | |
| | § | |
| Movant, | | |
| | | |
| v. | | |
| | | |
| BRENT WINSTON ETHUN, SR AND | | |
| STEFANIE MAE ETHUN; and ROBERT | | |
| YAQUINTO, JR., Trustee, | | |
| | | |
| Respondents. | | |

**REQUEST FOR SPECIAL NOTICE AND SERVICE
OF PAPERS AND RESERVATION OF RIGHTS**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED

PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for GMAC

Mortgage, LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as

Nominee for Comunity Lending Incorporated, its successors and/or assigns, hereby requests special

notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or

documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> Tracy D. Mabry
> PITE DUNCAN, LLP
> 4375 Jutland Drive
> Suite 200
> San Diego, CA 92117

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: November 13, 2008               PITE DUNCAN, LLP

/s/ Tracy D. Mabry
Tracy D. Mabry, SBOT 24055887
4375 Jutland Drive
Suite 200
San Diego, CA 92117
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
**ATTORNEYS FOR MOVANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Special Notice on Motion For Relief From Stay of Act Against Property was served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and or by electronic notice.

**DEBTOR(S)**

Brent Winston Ethun, Sr
Stefanie Mae Ethun
18959 Dallas Parkway No. 1611
Dallas, TX 75287

**DEBTOR(S) ATTORNEY**

Theodore Ohmsteade Bartholow, Jr.
11300 N. Central Expwy, Ste. 301
Dallas, TX 75243

**CHAPTER 7 TRUSTEE**

Robert Yaquinto, Jr.
509 N. Montclair
Dallas, TX 75208

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

**LIENHOLDER(S)**

Linebarger, Goggan, Blair & Sampson, LLC
2323 Bryan Street #1600
Dallas, TX 75201

/s/Tracy D. Mabry
Tracy D. Mabry, SBOT 24055887
**ATTORNEY FOR MOVANT**