IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35391-BJH7 |
| | § | |
| BRENT WINSTON ETHUN, SR AND | § | CHAPTER 7 |
| STEFANIE MAE ETHUN, | § | |
| | § | |
| Debtor(s). | § | |
| | § | |
| GMAC MORTGAGE, LLC, AS | § | HEARING DATE: December 9, 2008 |
| SERVICING AGENT FOR | § | HEARING TIME: 1:15 PM |
| MORTGAGE ELECTRONIC | § | JUDGE: HONORABLE BARBARA J. |
| REGISTRATION SYSTEMS, INC., | § | HOUSER |
| SOLELY AS NOMINEE FOR | § | |
| COMUNITY LENDING | § | |
| INCORPORATED, its successors and/or | § | |
| assigns, | § | |
| | § | |
| Movant, | | |
| | | |
| v. | | |
| | | |
| BRENT WINSTON ETHUN, SR AND | | |
| STEFANIE MAE ETHUN; and ROBERT | | |
| YAQUINTO, JR., Trustee, | | |
| | | |
| Respondents. | | |

**NOTICE OF HEARING ON**
**MOVANT'S MOTION FOR RELIEF FROM STAY OF ACT AGAINST PROPERTY**

A hearing on Movant's Motion for Relief From Automatic Stay of Act Against Property has been scheduled by the United States Bankruptcy Court for December 9, 2008, at 1:15P.M. at the following address:

NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION
UNITED STATES BANKRUPTCY COURT
1100 COMMERCE STREET - ROOM 1254
DALLAS, TX 75242

Respectfully submitted,

**PITE DUNCAN, LLP**

By: /s/ Tracy D. Mabry
Tracy D. Mabry, SBOT 24055887
4375 Jutland Drive
Suite 200
San Diego, CA 92117
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
**ATTORNEY FOR MOVANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing for Relief on Motion For Relief From Stay of Act Against Property was served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and or by electronic notice.

**DEBTOR(S)**

Brent Winston Ethun, Sr
Stefanie Mae Ethun
18959 Dallas Parkway No. 1611
Dallas, TX 75287

**DEBTOR(S) ATTORNEY**

Theodore Ohmsteade Bartholow, Jr.
11300 N. Central Expwy, Ste. 301
Dallas, TX 75243

**CHAPTER 7 TRUSTEE**

Robert Yaquinto, Jr.
509 N. Montclair
Dallas, TX 75208

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

**LIENHOLDER(S)**

Linebarger, Goggan, Blair & Sampson, LLC
2323 Bryan Street #1600
Dallas, TX 75201

/s/Tracy D. Mabry
Tracy D. Mabry, SBOT 24055887
**ATTORNEY FOR MOVANT**