Robert Yaquinto, Jr.
State Bar No. 22115750
509 N. Montclair Ave.
Dallas, Texas  75208
214/942-5502
TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| BRENT WINSTON ETHUN SR., and, | § | CASE NO.: 08-35391-BJH-7 |
| STEFANIE MAE ETHUN, | § | |
| DEBTORS | § | |

**TRUSTEE'S LIST OF ABANDONED SPECIFIC NON-EXEMPT PROPERTY**

Pursuant to the *Notice Of Commencement Of Case Under Bankruptcy Code Chapter 7 Meeting of Creditors, And Fixing Of Dates*, issued on 10/23/08 Tawana C. Marshall, Clerk of U.S. Bankruptcy Court, Robert Yaquinto, Jr., the Trustee in the above-styled case, abandoned any interest the Estate may have in the following property of the Debtor:

Texas House 2504 Seedling Ln., Dallas, Tx 75287; and
Florida rental property 17267 Brians Way, Jupiter, FL 33478

In the opinion of the Trustee, the Estate's interest in such property is of inconsequential value, if any value, to the Estate and, therefore, should be abandoned as burdensome to the Estate.

A party in interest may object to the abandonment and request a hearing by filing a written objection.  Any party in interest filing a timely objection is entitled to a hearing pursuant to Bankruptcy Rule 6007.  **Such objections must be filed within 15 days of the filing of this List of Abandoned Specific Non-Exempt Property** with the Clerk of the United States Bankruptcy Court, 1100 Commerce Street, Room 12A24, Dallas, Texas 75242.  A copy of such written objection must be served on the undersigned Trustee at the address set forth below by said date.

Dated: 12/8/08                              /s/ Robert Yaquinto, Jr.
                                            Robert Yaquinto, Jr.
                                            State Bar No. 22115750
                                            509 N. Montclair Avenue
                                            Dallas, Texas  75208
                                            214/942-5502
                                            TRUSTEE