Bartholow & Bartholow
Thad Bartholow
TX Bar No. 24062602
11300 N Central Expressway, Suite 301
Dallas, TX 75243
Phone/fax:  972-739-5255
ATTORNEY FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:   Brent Winston Ethun Sr      §   Case No. 08-35391-7
                and                  §
         Stefanie Mae Ethun          §   Hearing date: 12/9/08 @ 1:15pm

         Debtors

### RESPONSE OF DEBTOR UNOPPOSED TO MOTION FOR RELIEF FROM STAY FILED BY GMAC

Now comes Brent Winston Ethun Sr and Stefanie Mae Ethun, Debtors in the above styled case, and respond to the MOTION FOR RELIEF FROM STAY FILED BY GMAC ("Motion") as follows:

1. Debtors do not oppose the Motion.

WHEREFORE, PREMISES CONSIDERED, Debtors pray that upon consideration, this Court grant the MOTION FOR RELIEF FROM STAY FILED BY GMAC and for all such other and further relief to which Debtor may be entitled in law or equity.

Respectfully submitted,

/s/ Thad Bartholow
Bartholow & Bartholow
Thad Bartholow
TX Bar No. 24062602
11300 N. Central Expressway, Suite 301
Dallas, TX 75243
Phone/fax:  972-739-5255
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the attached RESPONSE OF DEBTOR UNOPPOSED TO MOTION FOR RELIEF FROM STAY FILED BY GMAC has been served on the parties listed below by mailing a copy of same to them by first class mail or ecf on November 19, 2008.

                                            /s/ Thad Bartholow
                                            Thad Bartholow


Ethun, Sr, Brent and Stefanie Winston
18959 Dallas Parkway #1611
Dallas, TX 75287


Pite Duncan, LLP
Tracy D. Mabry
4375 Jutland Drive, Suite 200
San Diego, CA 92117


Linebarger, Goggan, Blair, Sampson, LLC
2323 Bryan Street, #1600
Dallas, TX 75201


GMAC Mortgage
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034


Tom Powers
Chapter 13 Trustee
125 E. John Carpenter Freeway
11th Floor, Suite 1100
Irving, TX 75062