**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Brent Winston Ethun Sr**                                                    CASE NO    **08-35391-7**
**Stefanie Mae Ethun**

                                                                                                          CHAPTER    **7**

*AMENDED 12/9/2008*
**VERIFICATION OF CREDITOR MATRIX**

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/09/2008                                              Signature  /s/ Brent Winston Ethun Sr
                                                                                     *Brent Winston Ethun Sr*

Date  12/09/2008                                              Signature  /s/ Stefanie Mae Ethun
                                                                                     *Stefanie Mae Ethun*

```
Sipsma, Hahn & Brophy, LLC
c/o Pick 'N Save - Sun Prairie, WI
P.O. Box  14417
Madison, WI 53708-0417
```