BRENT WINSTON ETHUN, SR and STEFANIE MAE ETHUN, Debtors
CASE NO. 08-35391-BJH-7

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE#  00000000980029
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 341-0500
Attorney for INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35391-BJH-7 |
| | § | |
| BRENT WINSTON ETHUN, SR | § | |
| and STEFANIE MAE ETHUN, | § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| INDYMAC FEDERAL BANK, | § | |
| F.S.B ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST , | § | |
|    Movant | § | HEARING DATE:  01/20/2009 |
| | § | |
| v. | § | TIME:  01:15 PM |
| | § | |
| BRENT WINSTON ETHUN, SR | § | |
| and STEFANIE MAE ETHUN; | § | |
| ROBERT YAQUINTO, JR., | § | |
| Trustee | § | |
|    Respondents | § | JUDGE BARBARA J. HOUSER |

NOTICE OF HEARING FOR MOTION FOR RELIEF AS TO DEBTOR
AND CERTIFICATE OF SERVICE

NOTICE is hereby given that the Court has scheduled a hearing on the Motion For

Relief From Stay of INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR

SUCCESSORS IN INTEREST on January 20, 2009 at 1:15 PM at the following location:

U.S. BANKRUPTCY COURT
1100 COMMERCE STREET
14TH FLOOR
ROOM 2
DALLAS, TX 75242-1003

BRENT WINSTON ETHUN, SR and STEFANIE MAE ETHUN, Debtors
CASE NO. 08-35391-BJH-7

I hereby certify that on December 29, 2008, a true and correct copy of the Motion For Relief From Stay of INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and this Notice of Hearing were served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH                                            12/29/2008
ABBEY ULSH
TX NO. 24051459
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

BRENT WINSTON ETHUN, SR and STEFANIE MAE ETHUN, Debtors
CASE NO. 08-35391-BJH-7

DEBTORS:
STEFANIE MAE ETHUN
17267 132ND TRAIL NORTH
JUPITER, FL  33478

BRENT WINSTON ETHUN, SR
17267 132ND TRAIL NORTH
JUPITER, FL  33478

STEFANIE MAE ETHUN
18959 DALLAS PARKWAY NO. 1611
DALLAS, TX  75287

BRENT WINSTON ETHUN, SR
18959 DALLAS PARKWAY NO. 1611
DALLAS, TX  75287

TRUSTEE:
ROBERT YAQUINTO, JR.
509 N. MONTCLAIR
DALLAS, TX  75208

US TRUSTEE
1100 COMMERCE STREET, ROOM 976
EARLE CABELL FEDERAL BLDG
DALLAS, TX  75242

DEBTOR'S ATTORNEY:
THEODORE OHMSTEADE BARTHOLOW, JR.
11300 N. CENTRAL EXPWY,
STE. 301
DALLAS, TX  75243
PARTIES IN INTEREST:
SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD
HIGHLANDS BRANCH, CO  80129