BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35391-BJH-7 |
| | § | |
| BRENT WINSTON ETHUN, SR and | § | |
| STEFANIE MAE ETHUN, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| INDYMAC FEDERAL BANK, F.S.B | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
| Movant | § | HEARING DATE: _____ |
| | § | |
| v. | § | TIME: _____ |
| | § | |
| BRENT WINSTON ETHUN, SR and | § | |
| STEFANIE MAE ETHUN; and | § | |
| ROBERT YAQUINTO, JR., | § | |
| Trustee | § | |
| Respondents | § | JUDGE BARBARA J. HOUSER |

**PLEASE BE ADVISED THAT IT IS THE INTENTION OF MOVANT TO OFFER INTO EVIDENCE AT ANY HEARING ON THE MOTION THIS AFFIDAVIT AND PAYMENT HISTORY PURSUANT TO THE FEDERAL RULES OF EVIDENCE, RULE 902(11). THIS AFFIDAVIT AND PAYMENT HISTORY ARE BEING PROVIDED TO YOU IN ADVANCE AS AN ADVERSE PARTY IN ORDER TO ALLOW YOU A FAIR OPPORTUNITY TO CHALLENGE SAID RECORDS. YOU ARE HEREBY PLACED ON NOTICE OF THIS INTENTION AS REQUIRED BY THE FEDERAL RULES OF EVIDENCE, RULE 902(11).**

AFFIDAVIT OF _____ FOR
<u>INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN
INTEREST</u>

STATE OF  TX   §
              §
COUNTY OF Williamson  §

_Erica A. Johnson-Beck_ being duly sworn deposes and says:

1. That affiant is the authorized representative of INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and authorized to make this affidavit. I have the care, custody and control of all records concerning the account with Debtor(s). All facts recited herein are within my personal knowledge and are true and correct.

2. These records show that INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST is the Owner or Servicer of the Note executed on August 02, 2006 in the original principal amount of THREE HUNDRED TWENTY-SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($327,500.00).

3. These records show that said Note is secured by a Deed of Trust. A true and correct copy of said Deed of Trust is attached to Movant's Motion for Relief from Stay. Said Deed of Trust represents a valid indebtedness. The property address is 17267 132ND TRAIL NORTH, JUPITER, FL 33478.

4. The Books and Records of INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST show that:

    a. The outstanding principal balance is $327,500.00.

    b. That interest accrues from 04/01/08 at the rate of 7% per annum.

    c. The contractual due date of the account is 05/01/08. The last payment received and applied to the account was on 04/11/2008.

    d. That the account is due contractually for:

| | (Monthly) | at | (Payment Amt.) |
|---|---|---|---|
| 1. | 05/01/2008 | | $1,910.42 |
| 2. | 06/01/2008 | | $1,910.42 |
| 3. | 07/01/2008 | | $1,910.42 |
| 4. | 08/01/2008 | | $1,910.42 |
| 5. | 09/01/2008 | | $1,910.42 |
| 6. | 10/01/2008 | | $1,910.42 |
| 7. | 11/01/2008 | | $3,163.41 |
| 8. | 12/01/2008 | | $3,163.41 |

An additional payment in the amount of $3,163.41 will be come due on 01/01/2009.

Funds in Suspense $0.00.

5. A true and correct copy of an accounting of the payments made on this loan is attached hereto. This accounting is kept in the normal course and scope of the business activity of INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, and constitutes a business record of INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

*[signature]*
Erica A. Johnson-Seck    Vice President

Subscribed and sworn to me the undersigned authority of this __3__ day of __Dec__.

My Commission Expires:

*[signature]*
Notary Public in and for the
State of __TX__

ELIZABETH HERNANDEZ
Notary Public, State of Texas
My Commission Expires
June 15, 2011

| P309 LN | | MORTGAGE LOAN HISTORY | | | 12-18-08 |
|---|---|---|---|---|---|
| NAME BW ETHUN SR | | INV-LN | | DUE 05-01-08 TYPE 13-A | |
| BR 00 MAN 6 P-TYPE 1 INT .0700000 FIRST PB | | | 327,500.00 | 2ND PB | .00 |
| HUD  .00 NET | 1910.42 | SF .00670000 SUSP | | .00 STOP D B P F N A D L | |
| REP  .00 RES | .00 | | | | B 0 0 2 2 0 0 1 |
| APP | 12-06 | 10-31 | 09-22 | 08-09 | 06-09 |
| DUE | 12-06 | 11-06 | 10-06 | 09-06 | 10-06 |
| TYPE/TRAN | 1  72 | 1  72 | 1  72 | 1  70 | 1  42 |
| AMOUNT | 1,910.42 | 1,910.42 | 1,910.42 | 1,528.33 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | 327,500.00- |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD | 1,910.42 | 1,910.42 | 1,910.42 | 1,528.33 | .00 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE  * | | * | * | * | |

PAGE 009 OF 009  **PRESS PF10 FOR 37 MONTHS**  OLDEST TRAN 08-09-06 /P

```
P309 LN                      MORTGAGE LOAN HISTORY                    12-18-08
NAME BW ETHUN SR             INV-LN                  DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1  INT .0700000 FIRST PB   327,500.00  2ND PB           .00
HUD      .00  NET   1910.42  SF .00670000 SUSP        .00 STOP D B P F N A D L
REP      .00  RES        .00                              B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 05-08 | 04-04 | 03-12 | 01-31 | 01-02 |
| DUE | 05-07 | 04-07 | 03-07 | 02-07 | 01-07 |
| TYPE/TRAN | 1  72 | 1  72 | 1  72 | 1  72 | 1  72 |
| AMOUNT | 1,910.42 | 1,910.42 | 1,915.42 | 1,910.42 | 1,910.42 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD | 1,910.42 | 1,910.42 | 1,910.42 | 1,910.42 | 1,910.42 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00  0 | 5.00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | * | * | * | * | * |

PAGE 008 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 08-09-06 /P

```
P309 LN                    MORTGAGE LOAN HISTORY                      12-18-08
NAME BW ETHUN SR              INV-LN                   DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB   327,500.00  2ND PB           .00
HUD       .00  NET   1910.42  SF .00670000 SUSP         .00 STOP D B P F N A D L
REP       .00  RES      .00                                    B 0 0 2 2 0 0 1
  APP           09-25          09-17          08-08         07-11         06-06
  DUE           09-07          09-07          08-07         07-07         06-07
  TYPE/TRAN     1   72         1   52         1   72        1   72        1   72
  AMOUNT     2,005.94            .00       1,910.42      1,910.42      1,910.42
  PRIN-PD        .00             .00           .00           .00           .00
  PRIN-BAL   327,500.00    327,500.00    327,500.00    327,500.00    327,500.00
  INT-PD     1,910.42            .00       1,910.42      1,910.42      1,910.42
  ESC-PD         .00             .00           .00           .00           .00
  ESC-BAL        .00             .00           .00           .00           .00
  A&H-INS        .00             .00           .00           .00           .00
  LIFE-INS       .00             .00           .00           .00           .00
  LC/FEES   1    95.52     1    95.52-         .00           .00           .00
  MISC-PD        .00             .00           .00           .00           .00
  ADV-BAL        .00             .00           .00           .00           .00
  SUSP           .00             .00           .00           .00           .00
  SC/PAYEE  *                    *             *             *

PAGE 007 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 08-09-06 /P
```

```
P309 LN                    MORTGAGE LOAN HISTORY                    12-18-08
NAME BW ETHUN SR             INV-LN               DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB   327,500.00  2ND PB        .00
HUD     .00  NET    1910.42  SF .00670000 SUSP      .00 STOP D B P F N A D L
REP     .00  RES      .00                                  B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 02-08 | 01-07 | 12-11 | 11-14 | 10-15 |
| DUE | 02-08 | 01-08 | 12-07 | 11-07 | 10-07 |
| TYPE/TRAN | 1  72 | 1  72 | 1  72 | 1  72 | 1  72 |
| AMOUNT | 1,910.42 | 1,910.42 | 1,910.42 | 1,910.42 | 1,910.42 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD | 1,910.42 | 1,910.42 | 1,910.42 | 1,910.42 | 1,910.42 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | * | * | * | * | * |

PAGE 006 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 06-09-06 /P

```
P309 LN                          MORTGAGE LOAN HISTORY                        12-18-08
NAME BW ETHUN SR              INV-LN                      DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB    327,500.00  2ND PB          .00
HUD     .00 NET    1910.42 SF .00670000 SUSP         .00 STOP D B P F N A D L
REP     .00 RES       .00                                  B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 07-16 | 06-16 | 05-16 | 04-11 | 03-10 |
| DUE | 05-08 | 05-08 | 05-08 | 04-08 | 03-08 |
| TYPE/TRAN | 1  52 | 1  52 | 1  52 | 1  72 | 1  72 |
| AMOUNT | .00 | .00 | .00 | 1,910.42 | 1,910.42 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD | .00 | .00 | .00 | 1,910.42 | 1,910.42 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 1  95.52- | 1  95.52- | 1  95.52- | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | | | | * | * |

```
PAGE 005 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 08-09-06 /P
```

```
P309 LN                    MORTGAGE LOAN HISTORY                              12-18-08
NAME BW ETHUN SR           INV-LN                     DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB  327,500.00  2ND PB          .00
HUD     .00  NET    1910.42  SF .00670000 SUSP      .00 STOP D B P F N A D L
REP     .00  RES        .00                                  B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 09-02 | 08-27 | 08-27 | 08-18 | 08-11 |
| DUE | 00-00 | 05-08 | 12-07 | 05-08 | 00-00 |
| TYPE/TRAN | 6  31 | 1  61 | 3  19 | 1  52 | 6  31 |
| AMOUNT | .00 | 5,374.13 | 5,374.13- | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | 5,374.13 | 5,374.13- | .00 | .00 |
| ESC-BAL | .00 | .00 | 5,374.13- | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00  1 | 95.52- | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 5,374.13 | 5,374.13 | .00 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | PI3000 | | CHASE | | PI3000 |

```
PAGE 004 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 08-09-06 /P
```

```
P309 LN                      MORTGAGE LOAN HISTORY                        12-18-08
NAME BW ETHUN SR             INV-LN                  DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB    327,500.00  2ND PB            .00
HUD      .00  NET    1910.42  SF .00670000 SUSP       .00 STOP D B P F N A D L
REP      .00  RES         .00                              B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP       | 10-22      | 10-16      | 09-29      | 09-29      | 09-16      |
| DUE       | 00-00      | 05-08      | 00-00      | 00-00      | 05-08      |
| TYPE/TRAN | 6  31      | 1  52      | 6  31      | 6  31      | 1  52      |
| AMOUNT    | .00        | .00        | .00        | .00        | .00        |
| PRIN-PD   | .00        | .00        | .00        | .00        | .00        |
| PRIN-BAL  | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD    | .00        | .00        | .00        | .00        | .00        |
| ESC-PD    | .00        | .00        | .00        | .00        | .00        |
| ESC-BAL   | .00        | .00        | .00        | .00        | .00        |
| A&H-INS   | .00        | .00        | .00        | .00        | .00        |
| LIFE-INS  | .00        | .00        | .00        | .00        | .00        |
| LC/FEES   | .00        | 1  95.52-  | .00        | .00        | 1  95.52-  |
| MISC-PD   | .00        | .00        | .00        | .00        | .00        |
| ADV-BAL   | 5,374.13   | 5,374.13   | 5,374.13   | 5,374.13   | 5,374.13   |
| SUSP      | .00        | .00        | .00        | .00        | .00        |
| SC/PAYEE  | PI3000     |            | PI3000     | PI3000     |            |

```
PAGE 003 OF 009    TOTAL TRANS AVAILABLE 0045   OLDEST TRAN 08-09-06  ⟋P
```

```
P309 LN                        MORTGAGE LOAN HISTORY                         12-18-08
NAME BW ETHUN SR               INV-LN                    DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB    327,500.00  2ND PB          .00
HUD    .00  NET     1910.42  SF .00670000 SUSP      .00 STOP D B P F N A D L
REP    .00  RES        .00                              B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 11-24 | 11-10 | 11-10 | 10-29 | 10-29 |
| DUE | 00-00 | 05-08 | 11-08 | 00-00 | 00-00 |
| TYPE/TRAN | 6  31 | 1  61 | 3  12 | 6  31 | 6  31 |
| AMOUNT | .00 | 3,884.48 | 3,884.48- | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | 3,884.48 | 3,884.48- | .00 | .00 |
| ESC-BAL | .00 | .00 | 3,884.48- | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 9,258.61 | 9,258.61 | 5,374.13 | 5,374.13 | 5,374.13 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | PI3000 | | 09099 | PI3000 | PI3000 |

PAGE 002 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 08-09-06  ∠P

```
P309 LN                         MORTGAGE LOAN HISTORY                        12-18-08
NAME BW ETHUN SR                INV-LN                      DUE 05-01-08 TYPE 13-A
BR 00 MAN B P-TYPE 1 INT .0700000 FIRST PB    327,500.00  2ND PB              .00
HUD      .00  NET    1910.42  SF .00670000 SUSP       .00 STOP D B P F N A D L
REP      .00  RES       .00                                B 0 0 2 2 0 0 1
```

| | | | | | |
|---|---|---|---|---|---|
| APP      | 12-08      | 12-08      | 12-08      | 12-08      | 12-05      |
| DUE      | 00-00      | 00-00      | 00-00      | 00-00      | 00-00      |
| TYPE/TRAN| 6   32     | 6   32     | 6   32     | 6   30     | 6   31     |
| AMOUNT   | .00        | .00        | .00        | .00        | .00        |
| PRIN-PD  | .00        | .00        | .00        | .00        | .00        |
| PRIN-BAL | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 | 327,500.00 |
| INT-PD   | .00        | .00        | .00        | .00        | .00        |
| ESC-PD   | .00        | .00        | .00        | .00        | .00        |
| ESC-BAL  | .00        | .00        | .00        | .00        | .00        |
| A&H-INS  | .00        | .00        | .00        | .00        | .00        |
| LIFE-INS | .00        | .00        | .00        | .00        | .00        |
| LC/FEES  | .00        | .00        | .00        | .00        | .00        |
| MISC-PD  | .00        | .00        | .00        | .00        | .00        |
| ADV-BAL  | 9,258.61   | 9,258.61   | 9,258.61   | 9,258.61   | 9,258.61   |
| SUSP     | .00        | .00        | .00        | .00        | .00        |
| SC/PAYEE | AT4074     | AT4074     | AT4074     | AT4074     | PI3000     |

PAGE 001 OF 009    TOTAL TRANS AVAILABLE 0045    OLDEST TRAN 08-09-06 /P