Toby Bartholow
TX Bar No. 01842000
Bartholow & Bartholow
11300 N. Central Expwy. Suite 301
Dallas, TX 75243
Phone/fax: (972) 739-5255
ATTORNEY FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:    Brent Winston Ethun Sr and Stefanie Mae Ethun

§
§    Case No. 08-35391-7
Debtors    §

**AMENDED NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Notice is hereby given that the **Debtor's** address has changed to:

Stefanie Mae Ethun
2300 Marsh Lane, #211
Carrollton, TX 75006

Dated:  January 28, 2009

/s/ Toby Bartholow
TX Bar No. 01842000
Bartholow & Bartholow
11300 N. Central Expwy. Suite 301
Dallas, TX 75243
Phone/fax:  (972) 739-5255
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Notice of **Change** of **Debtor's Address** has been served via ECF on Robert Yaquinto, Jr., Trustee and on the parties requesting notice via ECF on January 28, 2009.

   /s/ Toby Bartholow
Toby Bartholow