

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed February 24, 2009**            **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35391-BJH-7 |
| | § | |
| BRENT WINSTON ETHUN, SR | § | |
| and STEFANIE MAE ETHUN, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| INDYMAC FEDERAL BANK, | § | |
| F.S.B ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST , | § | |
| Movant | § | HEARING DATE: 01/20/2009 |
| | § | |
| v. | § | TIME: 01:15 PM |
| | § | |
| BRENT WINSTON ETHUN, SR | § | |
| and STEFANIE MAE ETHUN; | § | |
| ROBERT YAQUINTO, JR., | § | |
| Trustee | § | |
| Respondents | § | JUDGE BARBARA J. HOUSER |

## ORDER LIFTING STAY AS TO DEBTOR

On this day came on before the Court the Motion of INDYMAC FEDERAL BANK,

F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST , Movant, for Relief from the

Automatic Stay.  The Court is advised no timely response was filed and there was no appearance at the hearing and, therefore, the Motion should be granted.  Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> A PARCEL OF LAND IN SECTION 4, TOWNSHIP 41 SOUTH RANGE 41 EAST, PALM BEACH COUNTY, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> THE EASE 125 FEET OF THE SOUTH 200 FEET OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER, AND THE WEST 125 FEET OF THE SOUTH 200 FEET OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 4 ( ALSO KNOWN AS PARCEL M-88), LESS THEREFROM, THE EASTERLY 30 FEET CONVEYED TO SOUTH INDIAN RIVER WATER CONTROL DISTRICT IN OFFICIAL RECORD BOOK 5313, PAGE 484.

It is further ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and INDYMAC FEDERAL BANK, F.S.B ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST  may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT  DAFFIN  FRAPPIER
TURNER & ENGEL, LLP

/s/ ABBEY ULSH
ABBEY ULSH
TX NO. 24051459
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT